■ ANTOINETTE PANSEY, Also Known as TONI TUCCI, v RKO GENERAL, INC., et al. — Motion for clarification granted to the extent of amending the decretal paragraph of this court's order, entered on June 26, 1984 (102 AD2d 762), to provide that counsel's payment to plaintiff's attorney shall constitute compliance with the intent of this court's order. Concur — Murphy, P. J., Sandler, Carro, Fein and Alexander, JJ.